**Lorris LEWIS, Plaintiff—Appellant,**

**v.**

**TEXACO, INC., Defendant–Appellee.**

**No. 02–55786.**

**D.C. No. CV–00–10826–AHM.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 5, 2003.

Decided March 11, 2003.

Before T.G. NELSON, SILVERMAN, and McKEOWN, Circuit Judges.

ORDER *

The judgment of the district court is AFFIRMED for the reasons set forth in the minute orders of the district court entered on January 15, 2002 and February 26, 2002.

IT IS SO ORDERED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.